**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| SAWMILL WOODS HOMEOWNERS ASSOCIATION, INC. | ) ) ) | Case No. 1:22-cv-342 |
| Plaintiff, | ) ) ) | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |
| v. | ) ) | **(Diversity Jurisdiction)** |
| WEST BEND MUTUAL INSURANCE COMPANY, | ) ) ) | LAGRANGE SUPERIOR COURT LAGRANGE COUNTY, INDIANA |
| Defendant. | ) ) | CAUSE NO. 44D01-2209-MI-000053 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, WEST BEND MUTUAL INSURANCE COMPANY ("West Bend"), by and through its attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby removes to this Court the state court action described below:

1. On or before September 17, 2022, Plaintiff, SAWMILL WOODS HOMEOWNERS ASSOCIATION, INC. ("Sawmill"), filed an action in the LaGrange Superior Court, LaGrange County, Indiana, under Case No. 44D01-2209-MI-000053, against Defendant West Bend. Sawmill's Petition for Appointment of Umpire (the "Petition") is attached hereto as Exhibit A and incorporated herein by reference.

2. On September 21, 2022, West Bend was served with the Petition through its registered agent in Indianapolis, Indiana.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after West Bend's receipt of Sawmill's Petition on or after September 21, 2022.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by West Bend pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. At the time the Petition was filed, and at all times subsequent thereto, Plaintiff Sawmill was and is a citizen of the State of Indiana.

6. At the time the Complaint was filed, and at all times subsequent thereto, Defendant West Bend was and is incorporated in the State of Wisconsin with its principal place of business in the State of Wisconsin.

7. The amount in controversy exceeds $75,000. 28 U.S.C. 1446(c)(2) permits a defendant to assert the amount in controversy where the amount is not stated in the state court pleading. 28 U.S.C. 1446(c)(2) (2012). Removal is proper where "the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a)." *Id.*

8. The Seventh Circuit has established a low threshold for defendants in establishing the amount in controversy. "It must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal." *Barbers, Hairstyling For Men & Women, Inc. v. Bishop*, 132 F.3d 1203, 1205 (7th Cir. 1997). "Removal is proper if the defendant's estimate of the stakes is plausible." *Rubel v. Pfizer Inc.*, 361 F.3d 1016, 1020 (7th Cir. 2004).

9. In this case, the parties' dispute over the amount of loss that Sawmill sustained for which it seeks recovery under West Bend's policy of insurance exceeds $1 million. Thus, the amount in controversy exceeds $75,000.

WHEREFORE, Defendant, WEST BEND MUTUAL INSURANCE COMPANY, prays that the above-entitled cause, currently pending in LaGrange Superior Court, LaGrange County, Indiana, under Case No. 44D01-2209-MI-000053, be removed therefrom to the United States District Court for the Northern District of Indiana and that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ James B. Glennon
James B. Glennon, Indiana Bar No. 21453-45
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312.863.5000
312.863.5099/fax
jglennon@fgppr.com

Attorneys for Defendant,
WEST BEND MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

  I, the undersigned, on oath, subject to penalty of perjury, state that I served the *Notice of Removal* and *Appearance*, by emailing a copy to all counsel of record, at the address set forth below on October 3, 2022.

  William H. Walden
  511 Rose Street
  La Porte, IN 46305
  219-369-6331
  whwatty@sbcglobal.net

              /s/ James B. Glennon
              James B. Glennon, Indiana Bar No. 21453-45
              FORAN GLENNON PALANDECH
              PONZI & RUDLOFF PC
              222 N. LaSalle Street, Suite 1400
              Chicago, IL 60601
              312.863.5000
              312.863.5099/fax
              jglennon@fgppr.com