```
STATE OF INDIANA    )           IN THE LAGRANGE SUPERIOR COURT
                    ) SS
COUNTY OF LAGRANGE  )


SAWMILL WOODS HOMEOWNERS       )
ASSOCIATION, INC.              )
                               )
                               )
    Petitioner,                )
                               )
v.                             ) CAUSE NO.:
                               )
WEST BEND MUTUAL INSURANCE     )
COMPANY,                       )
                               )
    Respondent.                )
```

## PETITION FOR APPOINTMENT OF UMPIRE

Comes Now SAWMILL WOODS HOMEOWNERS ASSOCIATION, INC. by counsel, William H. Walden, and Petitions the Court for appointment of an Umpire and in support thereof states as follows:

1. That at all times herein mentioned Petitioner, SAWMILL WOODS HOMEOWNERS ASSOCIATION, INC. (hereinafter "Sawmill") was a Homeowners Association located at 507 Airport North Office Park Fort Wayne, IN 46825.

2. That at all times herein mentioned there was in full force and effect a certain homeowner's policy of insurance with West Bend Mutual Insurance Company (hereinafter "West Bend") policy Number 2075486 06.

1

3. That on or about December 15, 2021, Sawmill sustained a storm damage loss at the insured property and filed claims pursuant to the provisions of the policy.

4. That the aforementioned policy of insurance contains the following condition:

> "SECTION I - PROPERTY
>
> E. Property Loss Conditions
>
> 2. Appraisal
> If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.
> Each party will:
>  a. Pay its chosen appraiser; and
>  b. Bear the other expenses of the appraisal and umpire equally.
> If there is an appraisal, we will still retain our right to deny the claim.".

5. That Sawmill named Joseph Hoffman as its appraiser and West Bend named Shawn McClanahan of A.I.S., Inc. as its appraiser.

6. The named appraisers are unable to agree to the appointment of an umpire.

7. Pursuant to the aforementioned policy of insurance

between Sawmill and West Bend, Petitioner requests that the Court name an umpire from the following panel:

    Hon. Gene Duffin-Civil Mediator;

    Erik Pearson-IICRC Certified;

    David Gard-Certified Restoration Specialist.

WHEREFORE, Petitioner, SAWMILL WOODS HOMEOWNERS ASSOCIATION, INC., prays that the Court name an Umpire, that the expense of the same shall be born equally between the parties and that said Umpire shall have jurisdiction to decide the disputed issues between the parties, and for all other just and proper relief in the premises.

    /s/ William H. Walden
    WILLIAM H. WALDEN #1623-45
    Attorney for Petitioner
    511 Rose Street
    La Porte, IN. 46305
    219-369-6331
    Whwatty@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2022, the foregoing document was served upon the following person(s) electronically by the Court's E-Filing System or U.S. mail, first class postage pre-paid.

    West Bend Mutual Insurance Company
    C/O C T CORPORATION SYSTEM RA
    334 North Senate Avenue,
    Indianapolis, IN, 46204, USA

    /s/William H. Walden

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAGRANGE SUPERIOR COURT |
| | ) SS | |
| COUNTY OF LAGRANGE | ) | |

SAWMILL WOODS HOMEOWNERS )
ASSOCIATION, INC. )
)
)
    Petitioner, )
)
v. ) CAUSE NO.:
)
WEST BEND MUTUAL INSURANCE )
COMPANY, )
)
    Respondent. )

<u>ORDER</u>

Petitioner, Sawmill Woods Homeowners Association, Inc. having filed its Petition For Appointment of Umpire (H.I.) and the Court being duly advised now sets this matter for hearing on the _____ day of _____ at _____ a.m./p.m.

Date:_____

                                                                               _____
                                                                               Honorable  Lisa Bowen-Slaven
                                                                               Judge, LaGrange Superior Court